UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| **DENNIS M. COOK,** )  <br>  ) <br>   Plaintiff, ) <br>  ) <br>   vs. ) <br>  ) <br> **MICHAEL J. ASTRUE,** ) <br> **Commissioner of Social Security,** ) <br>  ) <br>   Defendant. ) | Case No. 1:11-CV-171 SNLJ(DDN) |

## ORDER

Having received no objections thereto,

**IT IS HEREBY ORDERED** that the report and recommendation of United States Magistrate Judge David D. Noce, (#16), filed July 19, 2012, be and is **SUSTAINED, ADOPTED** and **INCORPORATED** herein.

**IT IS FINALLY ORDERED** that the relief which plaintiff seeks in her Complaint and Brief in Support of Complaint is DENIED and that Judgment shall be entered in favor of Defendant.

Dated this  23rd  day of August, 2012.

_____
UNITED STATES DISTRICT JUDGE